UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAARMAN CONSTRUCTION, LTD, | Case No. 15-cv-03548-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| IRONSHORE SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | November 17, 2015 |
| Selection of mediator | December 2, 2015 |
| Mediation compliance hearing (if necessary) | December 16, 2015 |
| Mediation deadline | February 1, 2016 |
| Deadline to file dispositive motions | April 15, 2016 |
| Expert disclosures | May 24, 2016 |
| Fact discovery cut-off | June 8, 2016 |
| Expert rebuttal | June 23, 2016 |
| Expert discovery cut-off | July 18, 2016 |
| Pretrial conference statement due | August 16, 2016 |

| Event | Deadline |
|---|---|
| Pretrial conference | August 26, 2016 at 2:00 p.m. |
| Trial | September 19, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

Mediation Compliance Hearing:  Counsel must file a joint letter with the Court not later than December 2, 2015, advising the Court of the identity of the mediator they have selected, and the date and time on which the mediation will occur.  A letter that merely indicates that counsel have agreed on a particular mediator does not comply with this order.  If, and only if, counsel have failed to so advise the Court, then all counsel are ordered to appear personally (not telephonically) on December 16, 2015 at 2:00 p.m.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated:  November 12, 2015

_____
JON S. TIGAR
United States District Judge