AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Saarman Construction, Ltd.
        Plaintiff (s),

V.

Ironshore Specialty Insurance Company
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-03548-JST

Notice is hereby given that, subject to approval by the court, Saarman Construction, Ltd. (Party (s) Name) substitutes Samuel F. Barnum (Name of New Attorney), State Bar No. 75767 as counsel of record in place of David F. Mangini (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Offices of Samuel F. Barnum
Address: 4302 Redwood Highway #100, San Rafael, California 94903
Telephone: (415) 492-9800    Facsimile: (415) 492-9808
E-Mail (Optional): sambarnum@earthlink.net

I consent to the above substitution.
Date: 2/4/2016
*(signed) Jeffrey Saarman, President, Saarman Construction LTD*
(Signature of Party (s))

I consent to being substituted.
Date: 2/4/2016
*(signed) David Mangini*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/3/2016
Samuel F. Barnum *(digitally signed)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 5, 2016

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jon S. Tigar]*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]