1  WILLIAM C. MORISON (No. 99981)
   wcm@morisonprough.com
2  PHILIP D. WITTE (No. 112217)
   pdw@morisonprough.com
3  MORISON & PROUGH, LLP
   2540 Camino Diablo, Suite 100
4  Walnut Creek, CA  94597
   Telephone:  (925) 937-9990
5  Facsimile:  (925) 937-3272

6  Attorneys for Defendant
   IRONSHORE SPECIALTY
7  INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 SAARMAN CONSTRUCTION, LTD., a        )   Case No.3:15-cv-03548-JST
   California Corporation,              )
12                                      )   [PROPOSED] REVISED SCHEDULING
                Plaintiff,              )   ORDER
13                                      )
           v.                           )
14                                      )
   IRONSHORE SPECIALTY INSURANCE        )
15 COMPANY, an Arizona Corporation; and )
   DOES 1 through 50, inclusive,        )
16                                      )
                Defendants.             )
17                                      )

18

| Event | Deadline |
|---|---|
| Deadline to file dispositive motions | May 16, 2016 |
| Expert disclosures | May 24, 2016 |
| Fact discovery cut-off | June 8, 2016 |
| Expert rebuttal | June 23, 2016 |
| Expert discovery cut-off | July 18, 2016 |

| | |
|---|---|
| Pretrial conference statement due | August 16, 2016 |
| Pretrial conference | August 26, 2016 at 2:00 p.m. |
| Trial | September 19, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

Dated: February 29, 2016     By: _____
                                United States District Judge

155892