UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAARMAN CONSTRUCTION, LTD,

Plaintiff,

v.

IRONSHORE SPECIALTY INSURANCE
COMPANY,

Defendant.

Case No.  15-cv-03548-JST

**ORDER DENYING THE PLAINTIFF'S MOTION FOR LEAVE TO RE-FILE STATEMENT OF EVIDENTIARY OBJECTIONS**

Re: ECF No. 74

Before the Court is the Plaintiff's motion for leave to re-file its Statement of Objections to Defendant's Evidence as permissible supplementary material under Local Rule 7-3(d).  The Court denies the Plaintiff's motion because Civil Local Rules 7-3(a) and (c) require that evidentiary objections be included in the opposition or reply briefs, and Civil Local Rule 7-3(d) only allows for additional filing after a reply is filed if the opposing party is objecting to new evidence submitted in the reply brief.  Accordingly, the Court construes the Plaintiff's motion as an attempt to exceed the page limitations outlined in Civil Local Rule 7-4(b). The Court denies the Defendant's request for sanctions.

IT IS SO ORDERED.

Dated: June 21, 2016

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California