UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAARMAN CONSTRUCTION, LTD,<br><br>    Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-03548-JST<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. Nos. 78, 79 |

The Court previously ordered the parties to show cause why it should not invite amicus briefs regarding an issue of first impression under California law. ECF No. 78. In their response, the parties requested that the Court not invite the filing of amicus briefs, but instead allow the parties to file supplemental briefs on the same question. ECF No. 79.

The Court will accept the parties' invitation to file supplemental briefs. Accordingly, the parties shall submit concurrent five-page supplemental briefs to the Court by Friday, July 29, 2016 at 5:00 p.m., addressing the questions posed in the Court's earlier order to show cause.

The Court will defer deciding whether to invite amicus briefs until after it has reviewed the parties' supplemental briefs.

IT IS SO ORDERED.

Dated: July 25, 2016

                                         JON S. TIGAR
                                   United States District Judge