SAMUEL F. BARNUM (No. 75767)
sambarnum@earthlink.net
LAW OFFICES OF SAMUEL F. BARNUM
4302 Redwood Highway, Suite 100
San Rafael, CA  94903
Telephone:  (415) 492-9800
Facsimile:  (415) 492-9808

Attorneys for Plaintiff
SAARMAN CONSTRUCTION, LTD

WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
JOANNE M. WENDELL (No. 191785)
jmw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA  94597
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAARMAN CONSTRUCTION, LTD., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.3:15-cv-03548-JST <br><br> STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL CONFERENCE STATEMENT TO SEVEN DAYS AFTER COURT RULING ON PENDING DISPOSITIVE MOTIONS OR TO AUGUST 19, 2016; [PROPOSED] ORDER] |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys of record, that the last day to file the Joint Pre-Trial Conference Statement shall be seven (7) days from when the Court rules on the pending motions for summary

1 judgment and adjudication, or in the alternative, by Friday, August 19, 2016, as the Court may

2 deem proper.

3 Dated:  August 16, 2016                MORISON & PROUGH, LLP

5 By: /s/ William C. Morison
William C. Morison

7 Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

9 Dated: August 16, 2016                 LAW OFFICES OF SAMUEL F. BARNUM

11 By:/s/ Samuel F. Barnum
Samuel F. Barnum

12 Attorneys for Plaintiff
SAARMAN CONSTRUCTION, LTD

15 Pursuant to the stipulation of the parties, the joint pre-trial conference statement shall be

16 filed _____ ~~one week from when the Court rules on the pending motions for summary judgment~~

17 ~~and adjudication OR _____ August 19, 2016.~~   by Monday, August 22, 2016

19 IT IS SO ORDERED.

20 DATE:   August 16, 2016

21                                                           Hon. Jon. S. Tigar

- 2 -