SAMUEL F. BARNUM (No. 75767)
sambarnum@earthlink.net
LAW OFFICES OF SAMUEL F. BARNUM
4302 Redwood Highway, Suite 100
San Rafael, CA  94903
Telephone:  (415) 492-9800
Facsimile:  (415) 492-9808

Attorneys for Plaintiff
SAARMAN CONSTRUCTION, LTD

WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
JOANNE M. WENDELL (No. 191785)
jmw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA  94597
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAARMAN CONSTRUCTION, LTD., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03548-JST<br><br>STIPULATION TO EXTEND DEADLINE FOR EXPERT DEPOSITIONS; [~~PROPOSED~~] ORDER |
|---|---|

WHEREAS, the deadline to take expert depositions in this action pursuant to the Court's Order of August 26, 2016 (ECF No. 95), is October 21, 2016;

WHEREAS, Defendant Ironshore Specialty Insurance Company ("Ironshore") timely disclosed its expert and provided its expert's report to Plaintiff Saarman Construction, Ltd. ("Saarman") on September 23, 2016, in accordance with the Court's Order;

1    WHEREAS, counsel for Ironshore has a pre-scheduled vacation during the second half of
2    October 2016, and while counsel can conduct the deposition of Saarman's expert on October 17,
3    2016, they are unable to take Ironshore's expert deposition until November 1, 2016;
4    AND WHEREAS, the deadline for taking expert depositions can be extended from
5    October 21 to November 2, 2016, without any impact on the Court's schedule, as the discovery
6    phase in this action is otherwise closed, dispositive motions have already been heard, the pre-trial
7    conference is scheduled for January 4, 2017, and trial is scheduled to begin on January 30, 2017.
8    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Saarman
9    and Defendant Ironshore, by and through their designated counsel, that the deadline to take expert
10   depositions in this action be extended from October 21, 2016, to November 2, 2016.

11   Dated: October 10, 2016            Respectfully submitted,
12                                      LAW OFFICES OF SAMUEL F. BARNUM
13
14                                      By: /s/ Samuel F. Barnum
                                             Samuel F. Barnum
15
                                        Attorneys for Plaintiff
16                                      SAARMAN CONSTRUCTION, LTD

17
     Dated: October 10, 2016            MORISON & PROUGH, LLP
18
19
                                        By: /s/ William C. Morison
20                                           William C. Morison

21                                      Attorneys for Defendant
                                        IRONSHORE SPECIALTY INSURANCE CO.
22

23                                      **[PROPOSED] ORDER**

24   PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
25
26   DATED:  October 11, 2016           _____
                                        **Honorable Jon S. Tigar**
27
     ID405
28